# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number: **18CR00173-R**
Defendant Number: 5
U.S.A. v. Luis Garcia
Year of Birth: 1979
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: Unknown to March 29, 2018

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [ ] Ventura
[ ] Orange        [ ] Santa Barbara
[ ] Riverside     [ ] San Luis Obispo
[ ] San Bernardino [ ] Other

Citation of Offense: 18 USC 1962(d); 21 USC 846

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number: N/A

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): United States v. Michael Lerma, et al. (filed concurrently)

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented? [ ] No   [✓] Yes
IF YES, provide Name: Patrick McLaughlin
Phone Number: (213) 437-0122

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?** [ ] Yes   [ ] No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number N/A

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

---

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien

Alias Name(s): "Hefty"

This defendant is charged in:
☐ All counts
☑ Only counts: 1, 6

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☑ narcotics offenses   ☐ immigration offenses
☑ violent crimes/firearms   ☐ corporate fraud
☑ Other   Racketeering

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district: N/A

<u>Defendant is **in custody**</u>:
a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution: BOP
c. If Federal, U.S. Marshals Service Registration Number: 69284-112
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☑ Yes   ☐ No
   IF YES:   ☑ State   ☐ Federal   AND
   Name of Court: Los Angeles Superior Court
   Date transferred to federal custody: 7/16/15

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ___20___   ___21___   ___40___

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date: 03/28/2018

Signature of Assistant U.S. Attorney
Max B. Shiner
Print Name